

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>Joe Anthony MARES,<br><br>Defendant. | Case No.: **18MJ10517**<br>**18CR4349-BTM**<br><br>**FINDINGS OF FACT AND ORDER OF DETENTION** |

In accordance with Title 18 § 3142(f) of the Bail Reform Act of 1984 (18 U.S.C. § 3141 et seq.), a detention hearing was held on September 25, 2018, to determine whether defendant Joe Anthony MARES should be held in custody pending trial on the grounds that he is a flight risk and dangerous to the community. Special Assistant U. S. Attorney Kaitlin M. Tracey appeared on behalf of the United States; court appointed counsel Emily Crowley Bahr appeared on behalf of the Defendant.

Based on the evidence proffered by the United States and the Defendant, the pretrial services' report, and the criminal complaint issued against the Defendant on September 20, 2018, by this Court, the Court concludes that the following facts establish by clear and convincing evidence that no condition or combination of conditions will reasonably assure the safety of another person and the community.

Furthermore, the Court finds by preponderance of the evidence that the defendant is a risk of flight and that no condition or combination of conditions will reasonably assure the presence of the defendant at future court proceedings.

I
FINDINGS OF FACT

A. Nature and Circumstances of the Offense Charged (18 U.S.C. §3142(G)(1)

1. The Defendant was charged in Criminal Complaint No. 18MJ10517 with Bank Robbery, 18 U.S.C. § 2113(A), a felony. Therefore, probable cause exists to believe the Defendant committed the charged offense.

2. The offense carries with it a sentence of not more than 20 years. See 18 U.S.C. § 2113. According to the United States Sentencing Guidelines, the Base Offense level is 20. See USSG § 2.B.3.1. Because the property of a financial institution was taken, the base offense level is increased by 2 levels to 22. Assuming the Defendant's criminal history score places him in Criminal History Category III, See USSG § 4A1.1, the sentencing range for the Defendant is 51-63 months in prison.

B. Nature and Circumstances of the Crime Charged (18 U.S.C. § 3142()(1)):

1. The crime charged is a crime of violence.

C. Weight of the Evidence Against the Defendant (18 U.S.C. § 3142(g)(2)):

1. The case against the Defendant is strong. On June 6, 2018, at approximately 10:00 a.m., Aldo De Jesus GOMEZ entered the Chase Bank located at 5111 Mission Center Road, San Diego, CA 92101. GOMEZ was wearing a hat with his hood over the hat. He wore a bandage over his nose and across his face. GOMEZ walked directly to the first

open teller window and passed a demand note through the window to the teller, Jesus Ramon GARCIA-LOPEZ. The note had been written by Joe Anthony MARES and read "Give me all the money in both top and bottom drawer or someone in the lobby dies give me 30 minutes before alerting anyone or I will be back and shoot people right away." GARCIA passed GOMEZ approximately $23,070 in cash. GOMEZ took the money and left the bank. The demand note was left with the bank.

On June 6, 2018, at the time of the robbery, Chase Bank's deposits were insured by the Federal Deposit Insurance Corporation.

On August 6, 2018, agents received notification of results from a San Diego Police Department examiner. The examiner was able to identify a latent print from the demand note. The fingerprint came back to MARES.

On September 19, 2018, GOMEZ and MARES were arrested by investigators in Imperial County, California. In separate interviews, both were read their rights under Miranda and both consented and waived their rights. GOMEZ admitted to planning the June 6, 2018 Chase Bank robbery primarily with GARCIA and Mares. GOMEZ lived at the same residence with GARCIA and MARES in San Diego at the time of the robbery. The three researched the best methods to rob a bank together. They looked up bank teller robbery protocols according to the Federal Deposit Insurance Corporation (FDIC). GARCIA told MARES the time to rob the bank to ensure that he would be working. He also told MARES that he would have approximately $25,000 in his teller drawers. GOMEZ wore MARES' jacket and hat during the robbery.

GOMEZ admitted to robbing another bank in Fairfield, California. He left with approximately $4000 that time. He also admitted to robbing the Chase Bank in Imperial, California on September 15, 2018 and taking approximately $4000 that time as well.

MARES admitted to entering the Wells Fargo Bank located at 1200 West Main Street, El Centro, California on June 22, 2018. MARES said he recalled writing a demand note on a pamphlet which he passed to an employee, but denied remembering trying to rob the bank, stating that he was under the influence of drugs. MARES admitted to also writing the demand note for the June 6, 2018 Chase Bank robbery and that he, GOMEZ and GARCIA planned the robbery together.

D. History and Characteristics of the Defendant (18 U.S.C. § 3142(G)(3):

1. The Defendant is a United States citizen.

E. Nature and Seriousness of Danger Posed by Release (18 U.S.C. § 3142(g)(4):

1. The Defendant has the following criminal history:

03/11/16 - Misdemeanor 23152 VC DUI – 3 years probation

II
REASONS FOR DETENTION

A. There is probable cause to believe that the Defendant committed the offense charged in the Criminal Complaint to wit: Bank Robbery in violation of 18 U.S.C. § 2113(A), a felony.

B. The Defendant faces a substantial period of time in custody if convicted of the offense charged in the Complaint. He therefore has a strong motive to flee.

C.  The current offense is a crime of violence.

## II
## ORDER

IT IS HEREBY ORDERED that the Defendant be detained pending trial in this matter.

IT IS FURTHER ORDERED that the Defendant be committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The Defendant shall be afforded reasonable opportunity for private consultation with counsel.

While in custody, upon order of a court of the United States or upon the request of an attorney for the United States, the person in charge of the correctional facility shall deliver the Defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding or any other appearance stipulated to by defense and government counsel.

///

///

///

///

///

///

///

THIS ORDER IS ENTERED WITHOUT PREJUDICE.

IT IS SO ORDERED.

DATED: 10/11/18

HON. RUTH BERMUDEZ MONTENEGRO
U.S. MAGISTRATE JUDGE

Prepared by:

ADAM L. BRAVERMAN
United States Attorney

Kaitlin Tracey
Special Assistant U.S. Attorney

cc: Emily Crowley Bahr
     Counsel for Defendant